NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WEBSTONE CO., INC.,**
*Plaintiff-Appellant,*

**v.**

**RED-WHITE VALVE USA,**
*Defendant-Appellee,*

AND

**VIR VALVO INDUSTRIA ING. RIZZO S.P.A.,**
*Defendant.*

---

2012-1256

---

Appeal from the United States District Court for the District of Massachusetts in case no. 11-CV-40145, Judge F. Dennis Saylor, IV.

---

Before DYK, PROST, and O'MALLEY, *Circuit Judges.*

PER CURIAM.

## O R D E R

IT IS ORDERED THAT:

The appeal is dismissed for lack of jurisdiction.

FOR THE COURT

February 6, 2013                  /s/ Jan Horbaly
        Date                          Jan Horbaly
                                         Clerk


cc:  Edward Joseph Naughton, Esq.
     David A. Dillard, Esq.